

COURT OF APPEALS FOR THE
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     Dwayne  Carpenter v. Campbell Hausfeld Co. and Campbell
                         Hausfeld/Scott Fetzer Company Inc.

Appellate case number:   01-13-00075-CV

Date motion filed:       May 10, 2013

Type of Motion:          Objection to Mediation

Party filing motion:     Appellee

Trial court case number: 1006290

Trial court:             County Court at Law No. 2 of Harris County

       It is **ORDERED** that Appellee's objection to mediation is granted.  We withdraw
our Mediation Order dated May 3, 2013.


Judge's signature: <u>/s/ Judge Evelyn Keyes</u>
                    X Acting individually


Date: <u>May 16, 2013</u> [i]

---

[i]      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* Tex. R. App. P. 10.3(a).

**Note**:      Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  Tex. R. App. P. 10.4(a).